No. 6,582.—J. A. HANLON, Respondent, *v.* GREAT NORTH-
ERN RY. CO., Appellant.

Decided November 2, 1929.

PER CURIAM.—Pursuant to stipulation of counsel it is
ordered that the appeal in the above-entitled cause be dis-
missed.

*Mr. W. L. Clift, Mr. R. H. Glover* and *Messrs. Brown &
Jones,* for Appellant.

*Messrs. Brown, Wiggenhorn & Davis,* for Respondent.

No. 6,597.—STATE ex rel. WILLIAM BOUCHER, Relator,
*v.* DISTRICT COURT et al., Respondents.

Decided November 8, 1929.

PER CURIAM.—The application for a writ of supervisory
control herein is denied.